UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JUANITA WALTER, | Case No. 2:25-cv-00796-MMD-NJK |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| SEDGWICK CMS INC., *et al.*, | |
| Defendants. | |

Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Nancy J. Koppe (ECF No. 6), recommending the Court dismiss this case without prejudice for lack of subject matter jurisdiction after previously giving Plaintiff Juanita Walter an opportunity to show cause as to jurisdiction. To date, no objections to the R&R have been filed. Because there is no objection, and as further explained below, the Court will adopt the R&R in full and dismiss this case without prejudice.

Because there is no objection, the Court need not conduct de novo review, and is satisfied that Judge Koppe did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations." (emphasis in original)). Judge Koppe found Plaintiff has not demonstrated federal question jurisdiction because the complaint appears to assert state law claims (*see* ECF No. 2-1 at 4). (ECF No. 6 at 1.) Plaintiff has also failed to demonstrate diversity jurisdiction because the complaint alleges the parties are citizens of Nevada and Plaintiff fails to show the amount in controversy exceeds $75,000.00. (ECF No. 2-1 at 3.) Judge Koppe accordingly recommends dismissal of this case without prejudice to refiling in an appropriate state court. (ECF No. 6 at 2.) Having reviewed the R&R, Judge Koppe did not clearly err.

It is therefore ordered that Judge Koppe's Report and Recommendation (ECF No. 6) is accepted and adopted in full.

It is further ordered that this case is dismissed, in its entirety, without prejudice.

It is further ordered that Plaintiff's application to proceed in forma pauperis (ECF No. 2) is denied as moot.

The Clerk of Court is further directed to enter judgment accordingly and close this case.

DATED THIS 30th Day of June 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE